UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re MARIO M.S.B. FEUSIER,<br><br>　　　Debtor. | Case No.  14-cv-00040-JST<br><br>**SCHEDULING ORDER** |
| MARIO M.S.B. FEUSIER,<br><br>　　　Appellant,<br><br>　　　v.<br><br>TRACY HOPE DAVIS, U.S. Trustee,<br><br>　　　Appellee. | |

　　　This is an appeal from the United States Bankruptcy Court for the Northern District of California on behalf of debtor and defendant Mario M.S.B. Feusier.  Good cause appearing, the Court now sets the following briefing schedule:

　　　Pursuant to Fed. R. Bankr. P. 8010 and B.L.R. 8010-1, the appellant must file a brief not exceeding 25 pages in length on December 3, 2014.  The appellee must serve and file a brief not exceeding 25 pages in length on December 31, 2014.  The appellant must serve and file a reply brief not exceeding 15 pages in length on January 21, 2015.

　　　Pursuant to B.L.R. 8012-1, upon completion of the briefing, the Court will set a date for oral argument, if needed; otherwise, the matter will be deemed submitted for decision.

　　　**IT IS SO ORDERED.**

Dated:  October 22, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge