United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re MARIO M.S.B. Feusier,<br><br>　　　　　Debtor. | Case No. 14-cv-00040-JST |
| MARIO M.S.B. FEUSIER,<br><br>　　　　　Defendant and Appellant,<br><br>　　v.<br><br>AUGUST B. LANDIS, United States Trustee,<br><br>　　　　　Plaintiff and Appellee. | **ORDER DISMISSING BANKRUPTCY APPEAL**<br><br>Re: ECF Nos. 36, 38 |

　　　　Under Federal Rule of Bankruptcy Procedure 8001(c)(2), the clerk of the district court shall enter an order dismissing a bankruptcy appeal if the parties to the appeal sign and file an agreement that the appeal be dismissed and pay any court costs or fees that may be due.  An appeal may also be dismissed on motion of the appellant on terms and conditions fixed by the district court.  Id.  The Court has received Mario M.S.B. Feusier's Motion to Dismiss Appeal, ECF No. 36, and a Statement of Agreement to Dismissal filed by the United States Trustee, ECF

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1 | No. 38.  Accordingly, the appeal is DISMISSED pursuant to Federal Rule of Bankruptcy
2 | Procedure 8001(c)(2).

3 | **IT IS SO ORDERED.**

4 | Dated: December 14, 2014



JON S. TIGAR
United States District Judge